FILED 3 OCT '18 12:39USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND    DIVISION

_Aracely Hernandez_

_(Enter full name of plaintiff(s))_

Plaintiff(s),

v.

_Coffee Creek Correctional, CPL. Kidwell, C/o Kirschmann, C/o Blair, CPL. Moody, Sergeant Jane and Joe Doe._

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. **3**:18-cv-1763-MK

_(to be assigned by Clerk of the Court)_

PRISONER CIVIL RIGHTS
COMPLAINT

I.

A.    Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☒        No ☐

B.    If your answer to A is yes, how many? __3__. Describe the lawsuit(s) in the space below. _(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)_

1.    Parties to the previous lawsuit:

Plaintiff(s): _Aracely Hernandez_

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

Defendant(s): _Bernstein et al_
_Washington County Jail_

2. Court: _United States District court_

3. Docket Number: _3-17-CV-01654-MK_

4. Name of judge to whom case was assigned: _Mustafa T. Kasubhai_

5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)
_this case still is pending_
_and initially was assigned to_
_Honorable Judge Jollie Russo_

6. Approximate date of filing: _march 2017_

7. Approximate date of disposition: _pending_

_* see attachment #1_

II.

A. Place of confinement: _Coffee creek correctional facility_

B. Is there a prisoner grievance procedure in this institution?

Yes ☒        No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒        No ☐

If your answer is no, explain why not:

_n/a_

D. Is the grievance process completed?

Yes ☒        No ☐

III.   PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)*

A.   Name of plaintiff: Aracely Hernandez

Security Identification No.: 12531327

Address: 24499 SW Graham Ferry Road
Wilsonville, OR   97070

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B.   Defendant A. Kidwell is employed as Corporal
at Coffee Creek Correctional Facility

Defendant Moody is employed as Corporal
at Coffee Creek Correctional Facility

Defendant Kirstmann is employed as Correctional Officer
at Coffee Creek Correctional Facility

Defendant Blair is employed as Correctional Officer
at Coffee Creek Correctional Facility

Defendant Jane & Joe Doe is employed as Segregation Sergeants
at Coffee Creek Correctional Facility

Additional defendants: Coffee Creek Correctional Facility

_____

_____

CIVIL RIGHTS COMPLAINT                                        Page 3
Revised: April 24, 2008

## IV.  STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

the Right to be free from cruel and unusual punishment under the 8th amendment right of United states constitution.

Supporting Facts:  *(State here as briefly as possible the facts of your case.  Describe how each defendant is involved and when the conduct occurred.  It is not necessary to give any legal arguments or cite any cases or statutes.)*

on or about october 12, 2016 at around 7:50 pm plaintiff was showering inside a shower stall of the upper tier in C-unit when another inmate Ashley Dooley S#0 17807724 sexually assaulted plaintiff by digitally penetrating her booth vaginally and anally after inmate ashley dooley had dipped her fingers in hot pepper vinager. At the realization of the penetration and the immediate burning and stinging sensation inside of her as plaintiff fell on the showerstall floor due to the strong and forceful grip inmate ashley dooley had on plaintiff, plaintiff fought back by scooting backwards even though plaintiff was already against the wall, and pushing the arms of inmate dooley outwards away in an attempt to pull the fingers from inside plaintiff while at the same time protesting her knees and legs plaintiff yelled "Rape, Rape" when inmate Dooley heard plaintiff's screams for help she began punching her on the face, grabbed plaintiff by the hair and began pounding plaintiff's head against the wall. officers came running and yelled from the stairs "stop fighting" unmate dooley surrended outside the shower stall and plaintiff was left sitting naked inside the shower stall corporal kidwell opened the shower curtain and pepper sprayed plaintiff state what right under the Constitution, laws, or treaties of the United States has been violated.

Deliberate indifference to serious risk of Harm in violation of the 14th amendment right of the united states constitution.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

plaintiff re-alleges the above and claims that at the time corporal Kidwell made the decision to use excessive force and spray her with mace plaintiff was not fighting alone inside the shower stall completely naked. Other officers were putting handcuff on the agressor inmate ashley dooley outside the shower stall. inmate dooley was fully clothed and the use of oc spray by corporal Kidwell was not to restored ordered in the institution because the order was restored upon officers arrival to the scene and inmate dooley's surrender outside the shower stall. Corporal Kidwell used oc spray on plaintiff simply to apply punishment on plaintiff. inmate dooley was not sprayed. officer Blair, officer Kirshmann, corporal knew from and since october 9, 2016 that inmate Ashley dooley was Harrassing and hurting plaintiff by throwing plaintiffs tray on the floor breaking plaintiff's eye glasses and unclothing inmate dooley kicked plaintiff on her lower back as plaintiff was going down the stairs. plaintiff reported many incidents over a period of 3 days before the assault but Defendants ignored plaintiff's claims.

State what right under the Constitution, laws, or treaties of the United States has been violated.

Violation of the mandates of the Prison Rape elimination Act of 2003 in violation of the constitutional right under the 14th amendment and Oregon laws.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

after being sprayed with oc spray by corporal Kidwell, plaintiff was ordered to get dressed and was taken to segregation. Once in segregation plaintiff was ordered to shower and given a lot of liquid soap. plaintiff was also given a nail clippers and ordered to cut her finger nails. plaintiff was then put in a cell. plaintiff called the prea Hotline and also reported that she was sexually assaulted and digitally penetrated vaginally and anally and she was in excruciating pain inside and out. plaintiff developed blisters in her wet areas due to the oc spray on her arm pits, under her breast, c-section, genitalia and anus area. plaintiff was bruised, scratched and burning inside her vagina. plaintiff asked for medical aid

but was denied medical attention and a rape examination. plaintiff reported within 96 hours that she was sexually penetrated and segregation sergeant Jane and Joe Doe only ignored plaintiff requests. 9 day later after begging for medical attention on a daily basis 3 time a day A nurse brody told plaintiff that she was not allow to help plaintiff and that the prison did not had rape kits on site. plaintiff

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

spend almost 30 days in segregation and issued a disciplinary report charging her with 3 mayor violation and at her hearing the charges were dropped. RELIEF

State *briefly* exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.

monetary relief for pain suffering, punitive damages and mental and emotional distress. Intuative relief to Order coffee creek to Have rape kits available, on site and or on call rape technician in case of rape and to have any other relief the court Deems proper, mental and psychological treatment and Filing Fees.

Signed this 28 day of September , 20 18.

Aracely Hernandez
Aracely Hernandez
*(Signature of Plaintiff(s))*

1. Parties to previous lawsuit:

Plaintiff(s): Aracely Hernandez

Defendant(s): Cloutier et al
                    Coffee Creek Correctional Facility

2. Court: United States District Court

3. Docket Number: 3:18-CV-00433-MK

4. Name of Judge to whom the case was assigned: Mustafa I Kasubhai

5. Disposition (was the case Dismissed? was it appealed? is it still pending?)
this case is still pending and initially it was assigned to
Honorable Judge Jollie Russo.

/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\/\

1. Plaintiff(s): Aracely Hernandez
Defendant(s): Washington county Jail
2. Court: United States District Court
3. Docket number: 3:16-cv-00466-AA
4. Judge: Ann Aiken
5. Disposition:
This case is closed and ruled in favor of the Defendant
because it was barred by the 2-year statute of time
Limitation.

Attachment #1

AFFIDAVIT OF MAILING

Case No._____

COMES NOW, _Aracely Hernandez_, in the County of _Washington_,
State of Oregon, being duly sworn this _28_ day of _September_, 20 _18_, depose
and say: that I deposited, for mailing, in a mail chute at _Coffee Creek Correctional_
_24499 Sw Graham Ferry Rd Wilsonville OR 97070_ a true copy of:
(Facility Name and Address)

Motion to Amend Sentencing Judgment, Affidavit In Support of Motion to Amend

Sentencing Judgment, Order to Amend Sentence. Annexed hereto, in a securely enclosed,

postpaid wrapper, directed to the persons hereinafter named, at the places and addressed

stated below:

To the _US District_ ~~County~~ Court Clerk at _Mark O Hatfield U.S_
(Address)
_Courthouse 1000 Sw Third Ave Portland OR 97204_ and
the _____ County District Attorney at _____
(Address)
_____.

_Aracely Hde_
Petitioner/Plaintiff

**SUBSCRIBED AND SWORN** to before me by _Aracely Hernandez_
this _28_ day of _September_, 20 _16_.

_Angela wheel_
(Notary Public of Oregon)

My Commission Expires: _Feb 23. 2021_



OFFICIAL STAMP
**ANGELA FAITH WHEELER**
NOTARY PUBLIC - OREGON
COMMISSION NO. 959413
MY COMMISSION EXPIRES FEBRUARY 23, 2021

Page 1 of 1 – AFFIDAVIT OF MAILING