ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER  #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Jessica.Spooner@doj.state.or.us

Attorneys for Defendant Kidwell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Aracely Hernandez,<br><br>     Plaintiff,<br><br>     v.<br><br>Coffee Creek Correctional, Cpl. Kidwell, C/O Kirshmann, C/O Blair, Cpl. Moody, Sergeant Jane and Joe Doe,<br><br>     Defendants. | Case No.  3:18-cv-01763-MK<br><br>DEFENDANT ADAM KIDWELL'S OFFER OF JUDGMENT TO PLAINTIFF |

TO:     Aracely Hernandez, by and through her attorney John D. Burgess,
          Law Offices of Daniel Snyder, 1000 SW Broadway, Suite 2400, Portland, OR 97205

Pursuant to Fed. R. Civ. P. 68, Defendant Adam Kidwell hereby offers to settle this matter and allow entry of judgment in favor of Plaintiff and against them in the sum of Two Hundred and Fifty-One Dollars ($251.00), plus reasonable, legally recoverable attorney's fees and costs incurred by Plaintiff through the date of service of this Offer of Judgment. Plaintiff's attorney fees and costs shall be determined pursuant to Fed. R. Civ. P 54, LR 54-1, LR 54-3 or other applicable Federal Rule.

Page 1 -   DEFENDANT ADAM KIDWELL'S OFFER OF JUDGMENT TO PLAINTIFF
     JS/a4s/765135771

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Pursuant to Fed. R. Civ. P. 68, this offer is not to be construed as an admission for any purpose.

If this offer is not accepted within fourteen (14) days of the date of the offer, it shall be deemed to be revoked.

DATED April 5, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Jessica Spooner*
JESSICA SPOONER #105919
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Jessica.Spooner@doj.state.or.us
Of Attorneys for Defendant Adam Kidwell

PLAINTIFF [ACCEPTS __X__ /DECLINES ____] DEFENDANT'S OFFER OF JUDGMENT

*s/ John Burgess*                                DATED: 04/06/2023
JOHN D. BURGESS, OSB #106498
Attorney for Plaintiff

Page 2 -   DEFENDANT ADAM KIDWELL'S OFFER OF JUDGMENT TO PLAINTIFF
JS/a4s/765135771

## CERTIFICATE OF SERVICE

I certify that on April 5, 2023, I served the foregoing DEFENDANT ADAM KIDWELL'S OFFER OF JUDGMENT TO PLAINTIFF upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| John D. Burgess<br>Law Offices of Daniel Snyder<br>1000 SW Broadway, Suite 2400<br>Portland OR  97205-3054<br>    Attorney for Plaintiff | \_\_\_ HAND DELIVERY<br> X  MAIL DELIVERY<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ TELECOPY (FAX)<br> X  E-MAIL:<br>Johnburgess@lawofficeofdanielsnyder.com<br>mikaela@lawofficeofdanielsnyder.com<br>\_\_\_ E-SERVE |

                                                *s/ Jessica Spooner*
                                                JESSICA SPOONER #105919
                                                Assistant Attorney General
                                                Trial Attorney
                                                Tel (503) 947-4700
                                                Fax (503) 947-4791
                                                Jessica.Spooner@doj.state.or.us
                                                Of Attorneys for Defendant Kidwell